**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE R. BELTRAN, | No. 08-71554 |
| Petitioner, | Agency No. A073-981-758 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2010[**]

Before:    SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Jose R. Beltran, a native and citizen fo Mexico, petitions for review of the

Board of Immigration Appeals' order dismissing his appeal from an immigration

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

judge's decision denying his application for cancellation of removal.  We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary determination that Beltran failed to show exceptional and extremely unusual hardship to a qualifying relative.  *See Martinez-Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005). Beltran's contention that the agency failed to consider relevant hardship factors is not supported by the record and does not amount to a colorable claim over which we have jurisdiction.  *See Mendez-Castro v. Mukasey*, 552 F.3d 975, 980 (9th Cir. 2009).

**PETITION FOR REVIEW DISMISSED.**